No. 94–9217. THOMAS *v.* MCCOTTER, EXECUTIVE DIRECTOR, UTAH DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–9232. COLEMAN *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 94–9261. MARI *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–9294. HUNTER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–9302. MARQUEZ-PAYARES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–9303. SMITH *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–9322. MCNAIR, AKA TURNER *v.* UNITED STATES; and No. 94–9329. SMITH *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 48 F. 3d 535.

No. 94–9328. ROUTLY *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 94–9332. HARRISON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–9338. DORTCH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–9362. LEGREE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–9363. RENFROE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–9371. SAMUEL-BEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–9377. MIGUEL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.